

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

In the Matter of the Estate of Vaughn Kuyamjian, a/k/a Vahan Kuyamjian, | § | No. 08-16-00250-CV

Appellant.

§ Appeal from the

§ County Court at Law No. 1

§ of Hays County, Texas

§ (TC# 16-0085-P)

§

## O R D E R

The Court filed the clerk's record on December 14, 2016, and the First Supplemental Clerk's Record on February 3, 2017. However, it appears that there is a document required by Rule 34.5(a), Tex.R.App.P. that was not included in the clerk's or supplemental record.

Therefore, the Court ORDERS the County Clerk of Hays County, Texas, to prepare a second supplemental clerk's record to include but not limited to the Order on Summary Judgment Undue Influence and Mental Capacity filed in their office on August 22, 2016, and forward the same to this Court on or before May 8, 2017.

IT IS SO ORDERED this 26th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.